UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven DIVISION

58,241376554
3-1-2011

In re:
Surgicon, Inc.

Case No. 03-36273 ASD

(CHAPTER 7)

Debtor(s).

### REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

☐ The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

✓ More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: 2/24/11

*[signature]*
ROBERTA NAPOLITANO, Trustee
350 FAIRFIELD AVENUE
BRIDGEPORT, CT 06604
(203) 333-1177

**EXHIBIT A**

Case Name:     Surgicon, Inc.
Case Number:   03-36273

| Creditor<br>Name and Address | Claim<br>Number | Distrib.<br>Amount | Small<br>Dividend | Unclaimed<br>Dividend |
|---|---|---|---|---|
| USF Red Star, Inc.<br>34 Wright Avenue<br>Auburn, NY | 41 | $418.85 | | $0.01 |
| Hire Knowledge<br>One Harry Street<br>Providence, RI 02907 | 17 | $9,184.00 | | $0.09 |
| Fog City Fund, LLC<br>2100 Green Street, #102<br>San Francisco, CA 94123 | 21 | $4,375,907.17 | | $43.79 |
| Reba C. Shipp<br>1221 1st Street South, 7A<br>Jacksonville Beach, FL 32250 | 45 | $1,125,000.00 | | $11.26 |
| John I. Shipp<br>1221 1st Street South, Unit 7A<br>Jacksonville Beach, FL 32250 | 46U | $95,023.91 | | $0.95 |
| STS duo Tek, Inc.<br>370 Summit Point Drive<br>Henrietta, NY 14467 | 24 | $6,060.00 | | $0.06 |
| Sendirect<br>88 Long Hill Cross Rd.<br>Shelton, CT 06484 | 2 | $10,155.60 | | $0.09 |
| Thoro Clean Service<br>P.O. Box 822<br>Stratford, CT 06615 | 12 | $1,050.30 | | $0.01 |
| George Trutza<br>1 Foster Way East<br>Greenwich, RI 02818 | 13U | $82,106.00 | | $0.82 |
| Fabco Incorporated<br>120 Feeley Street<br>Stratford, CT 06615 | 16 | $2,639.40 | | $0.03 |
| Network Designs<br>P.O. Box 584<br>Oxford, CT 06478 | 28 | $5,319.46 | | $0.06 |
| USF Red Star, Inc.<br>34 Wright Avenue<br>Auburn, NY | 41 | $418.85 | | $0.01 |
| Mary Patricia Elwood<br>Linda M. Fogler, 51 Cherry Street<br>Milford, CT 06460-8901 | 48 | $2,798.79 | | $0.03 |
| Mary Patricia Elwood<br>Linda M. Fogler, 51 Cherry Street<br>Milford, CT 06460-8901 | 49 | $2,800.56 | | $0.03 |

| | | | |
|---|---|---|---|
| Mary Patricia Elwood<br>Linda M. Fogler, 51 Cherry Street<br>Milford, CT 06460-8901 | 50 | $2,800.56 | $0.03 |
| Mary Patricia Elwood<br>Linda M. Fogler, 51 Cherry Street<br>Milford, CT 06460-8901 | 51 | $5,601.12 | $0.05 |
| Mary Patricia Elwood<br>Linda M. Fogler, 51 Cherry Street<br>Milford, CT 06460-8901 | 52U | $83,850.00 | $0.84 |
| Chase Manhattan Bank USA, NA<br>Chase BankCard Services, Inc., P. O. Box 52176<br>Phoenix, AZ 85072 | 64 | $8,533.97 | $0.08 |
| | | | $58.24 |

TOTAL AMOUNT REMITTED TO CLERK:                           $_____18.20   $_____2,390.08